TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6551 / Tony.Lopez@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONEIR ELZOBIER ALI YOUSIF,<br><br>Defendant. | Case No. 2:26-cr-00246-APG-EJY<br><br>**CRIMINAL INFORMATION**<br><br>**<u>VIOLATION</u>:**<br>Voting by Alien (18 U.S.C. § 611)<br>(Class A Misdemeanor) |

**THE ATTORNEY GENERAL OF THE UNITED STATES CHARGES THAT:**

COUNT ONE
Voting by Alien
(18 U.S.C. § 611)

On or about October 29, 2024, in the State and Federal District of Nevada and elsewhere,

MONEIR ELZOBIER ALI YOUSIF,

defendant herein, an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of

/ / /

/ / /

President, Vice President, Member of the Senate, and Member of the House of Representatives, all in violation of Title 18, United States Code, Section 611.

**DATED:** this 27th day of October, 2026

TODD BLANCHE
Attorney General

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney